FILED BY OG D.C.

Sep 10, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 1:26-MJ-03692-Torres

**IN RE SEALED COMPLAINT**
_________________________________/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

5. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Herandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

6. Did this matter involve the participation of or consultation with Magistrate Judge Brandy Brentari Galler during her tenure at the U.S. Attorney's Office, which concluded on July 30, 2026? No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: *s/ Edward Stamm*

Edward N. Stamm (FL Bar #373826)
Assistant United States Attorneys
U.S. Attorney's Office - SDFL
99 Northeast Fourth Street, 8th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9164
Facsimile: (305) 536-4675
E-mail: edward.stamm@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

FILED BY OG D.C.
Sep 10, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

United States of America
v.

BRIAN CHARLES,

*Defendant(s)*

Case No. 1:26-MJ-03692-Torres

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July, 2026 in the county of Miami-Dade in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 876(c) | Mailing Threatening Communications |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature* ID#102362

Emily Goldyn, Special Agent, FBI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone

Date: September 10, 2026

*Judge's signature*

City and state: Miami, Florida

Honorable Edwin G. Torres, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Emily Goldyn, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since April 2023. I am currently assigned to the Miami Division investigating crimes including interstate threatening communications, hate crimes, and color of law violations. During my tenure, I have also assisted and executed multiple search and arrest warrants which have led to both seizures and arrests related to federal prosecutions.

2. I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7); that is, I am empowered by law to conduct investigations of, and to make arrests for, federal offenses as enumerated in Titles 18 and 21 of the United States Code.

3. This affidavit is submitted in support of a Criminal Complaint charging the defendant, BRIAN CHARLES ("CHARLES") with mailing threatening communications, in violation of Title 18, United States Code, Section 876(c). The statements contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials, information obtained from interviews of individuals familiar with the events described herein or who are familiar with the defendant, and other information and records received and obtained during the course of this investigation.

4. I have not included every fact known to me about this investigation in this affidavit. Rather, I have included only those facts that are sufficient to establish probable cause for the issuance of the Criminal Complaint being sought against CHARLES for the above-described violation.

## PROBABLE CAUSE

**The Holocaust Memorial Letter**

5. On or about July 9, 2026, the Holocaust Memorial Miami Beach ("Holocaust Memorial"), located in the city of Miami Beach, in Miami-Dade County, in the Southern District of Florida, received an envelope delivered by the United States Postal Service ("USPS") that had the handwritten return address of "Brian Charles General Delivery, Charlotte, NC 28204." This envelope had a USPS postmark dated July 6, 2026, reflecting that the envelope was received and processed by the USPS in Charlotte, North Carolina, in the Western District of North Carolina, for ultimate delivery to the Holocaust Memorial in the Southern District of Florida. The envelope was addressed to Victim 1 and Victim 2 at the Holocaust Memorial, both of whom are members of the Board of Directors.

6. The above-referenced envelope contained a printed letter with an anti-Semitic graphic and anti-Semitic and threatening language. Specifically, the letter contained threats to injure other persons, including the following statements "I am going to destroy My Jews. Many shall die by My wrath" … "They will die painful deaths through My wrath" … "I shall round them up and place them into Hell Myself for they are wicked sinners who shall suffer My wrath!" … and "Expect them to be rounded up and cast into Hell for extorting My people the American people." A picture of the letter sent to the Holocaust Memorial is set out below.




7. The Security Manager for the Holocaust Memorial read the letter and immediately sent a photograph of the letter to the Director of Community Security who instructed the Security Manager to report the incident to the Miami Beach Police Department. The Director of Community Security also reported the incident to the FBI. This letter is referred to herein as the "Holocaust Memorial Letter".

**The AJC Palm Beach Letter**

8. In or around mid-July 2026, the American Jewish Committee ("AJC") Palm Beach, located in Boca Raton, in Palm Beach County, in the Southern District of Florida, received an envelope delivered by the USPS that had the handwritten return address of "Brian Charles General Delivery, Charlotte, NC 28204." This envelope also had a USPS postmark dated July 6, 2026, reflecting that the envelope was received and processed by the USPS in Charlotte, North Carolina, in the Western District of North Carolina, for ultimate delivery to the AJC Palm Beach office in

the Southern District of Florida. The envelope was addressed to Victim 3, who is an employee of AJC Palm Beach.

9. Like the Holocaust Memorial letter, this envelope contained the same threatening letter pictured above. An employee of AJC found the letter and sent a photo of the letter to the Secure Community Network ("SCN"), the contractor for security of AJC. SCN then reported the incident to the FBI. This letter is referred to herein as the "AJC Palm Beach Letter". And, as will be detailed below, in the course of this investigation, the letter was provided to the FBI, and a latent fingerprint of the defendant subsequently was identified on the AJC Palm Beach Letter.

**The AIPAC Letters**

10. On or about July 9, 2026, Victim 4, an executive of the American Israel Public Affairs Committee ("AIPAC"), received an envelope delivered by the USPS to Victim 4's previous home address located within Palm Beach County, in the Southern District of Florida. The envelope was addressed to Victim 4 by name, and it contained the same anti-Semitic and threatening letter as the Holocaust Memorial Letter and the AJC Palm Beach Letter.

11. This envelope had markings indicating that it was delivered by the USPS although it lacked a return address and did not bear a postmark revealing where it was received by the USPS and cancelling the postage. A picture of the front of the envelope with Victim 4's name and street address redacted, is set out below, showing the USPS processing markings, including the Zip Code of the delivery address. Your affiant has been informed by USPS that these markings do in fact establish that the envelope was received and processed on or about June 30, 2026, by the USPS in Charlotte, North Carolina, in the Western District of North Carolina, for ultimate delivery to Victim 4's previous home address located within Palm Beach County, in the Southern District of Florida. In addition, your affiant has compared the handwriting on this envelope with

the others referenced herein, including the Holocaust Memorial Letter and the AJC Palm Beach Letter, and it appears to bear many of the same characteristics as the handwriting on those other envelopes. This letter is referred to herein as the "Boca Raton Letter".




12. Around the same time the Boca Raton Letter was received, AIPAC received an envelope delivered by the USPS, addressed to Victim 4, that had the handwritten return address of "Brian Charles General Delivery, Charlotte, NC 28204." This envelope also had a USPS postmark dated July 3, 2026, reflecting that the envelope was received and processed by the USPS in Charlotte, North Carolina, in the Western District of North Carolina, for ultimate delivery to AIPAC at its office located in Washington, D.C. This envelope also contained the same threatening and anti-Semitic letter as the Holocaust Memorial Letter, the AJC Palm Beach Letter, and the Boca Raton Letter. This letter is referred to herein as the "AIPAC D.C. Letter". Victim 4's spouse felt threatened by the Boca Raton Letter, and therefore Victim 4 sent a photo of the letter to AIPAC security personnel, who then reported the incident to the FBI.

**The Jupiter Letter**

13. In or around July 2026, an address located in Jupiter, in Palm Beach County, in the Southern District of Florida, received an envelope delivered by the USPS that had the handwritten return address of "Brian Charles General Delivery, Charlotte, NC 28204." This envelope had a USPS postmark dated July 7, 2026, reflecting that the envelope was received and processed by the USPS in Charlotte, North Carolina, in the Western District of North Carolina, for ultimate delivery to the above-referenced address in the Southern District of Florida. As with the prior envelopes described above, this envelope contained the same threatening letter pictured above. The envelope was addressed to Victim 5 and Victim 6.

14. There is a connection between Victim 5 and Victim 6 and the specific address to which the envelope was delivered. In addition, Victim 5 and Victim 6 are protectees of the United States Secret Service ("USSS"). This letter was provided by USSS to your affiant and is referred to herein as the "Jupiter Letter."

**Defendant Brian Charles**

15. Through the FBI's investigation, evidence has been developed establishing probable cause to believe that CHARLES was the sender of the letters referenced herein. To date, USSS, Forensic Services Division, has conducted Latent Print Examinations on the Holocaust Memorial Letter, the AJC Palm Beach Letter, the Boca Raton Letter, and the AIPAC D.C. Letter. During the examination, latent prints suitable for comparison were identified on the Holocaust Memorial Letter, the AJC Palm Beach Letter, and the AIPAC D.C. Letter. USSS imported and examined CHARLES's prints, obtained from FBI's Next Generation Identification System, for comparison. USSS determined that the latent print found on the AJC Palm Beach Letter was a

match for CHARLES, and the comparisons with the other two letters are still pending completion. In addition, the Jupiter Letter has been provided to the Forensic Services Division for analysis.

16. Along with the latent print match on the AJC Palm Beach Letter, other evidence establishing probable cause to believe CHARLES is the sender of all these letters includes the fact that he used his name, and mailed them from Charlotte, North Carolina, where he recently was seen at a medical clinic. In addition, the similarity in the handwriting on all the envelopes and the fact that they all contained the same anti-Semitic and threatening letter support a finding of probable cause that all the letters discussed herein were sent by CHARLES.

(Remainder of page intentionally left blank)

17. In addition, in February 2018, CHARLES was indicted in the District of New Mexico (Case No. 18-cr-00584-JB) and charged with five counts of mailing threatening communications in violation of 18 U.S.C. § 876(c) based on his mailing of threatening letters to five individuals. CHARLES pled guilty to all five counts and was sentenced to a term of imprisonment of 542 days or time served whichever was less, along with three years of supervised release, which he violated on more than one occasion.

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

Special Agent Emily Goldyn
Federal Bureau of Investigation

Attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone this 10th day of September 2026.

HONORABLE EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE