UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CR-20411-ALTMAN/HERNANDEZ
18 U.S.C. § 876(c)
U.S.S.G. § 3A1.1(a)

FILED BY MHU D.C.
Sep 29, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

vs.

BRIAN CHARLES,

Defendant.
_______________________________/

# INDICTMENT

The Grand Jury charges that:

## COUNT 1
**Mailing Threatening Communications**
**(18 U.S.C. § 876(c))**

From on or about July 6, 2026, to on or about July 9, 2026, in Miami-Dade County, in the Southern District of Florida, the Western District of North Carolina, and elsewhere, the defendant,

**BRIAN CHARLES,**

did knowingly deposit in any post office and authorized depository for mail matter, to be sent and delivered by the United States Postal Service, and knowingly cause to be delivered by the Postal Service according to the directions thereon, a communication addressed to another person, that is, to Victim 1 and Victim 2 in Miami-Dade County, containing a threat to injure the person of the addressee and any other person, in that in a letter delivered by the United States Postal Service, the defendant included the following statements: "I am going to destroy My Jews. Many shall die by My wrath" … "They will die painful deaths through My wrath" … "I shall round them up and place them into Hell Myself for they are wicked sinners who shall suffer My wrath!" … and

"Expect them to be rounded up and cast into Hell for extorting My people the American people", with the intent to make a threat, with the knowledge that the letter would be viewed as a threat, and with reckless disregard as to the substantial risk that others would regard the letter as a threat, in violation of Title 18, United States Code, Section 876(c).

**<u>SPECIAL FINDING</u>**
**Hate Crime Motivation**
**(U.S.S.G. § 3A1.1(a))**

The defendant, **BRIAN CHARLES**, intentionally selected any victim as the object of the offense charged in Count 1 of the Indictment because of the actual and perceived religion of any person.

**<u>COUNT 2</u>**
**Mailing Threatening Communications**
**(18 U.S.C. § 876(c))**

From on or about July 6, 2026, to in or around mid-July, 2026, in Palm Beach County, in the Southern District of Florida, the Western District of North Carolina, and elsewhere, the defendant,

**BRIAN CHARLES,**

did knowingly deposit in any post office and authorized depository for mail matter, to be sent and delivered by the United States Postal Service, and knowingly cause to be delivered by the Postal Service according to the directions thereon, a communication addressed to another person, that is, to Victim 3 in Palm Beach County, containing a threat to injure the person of the addressee and any other person, in that in a letter delivered by the United States Postal Service, the defendant included the following statements: "I am going to destroy My Jews. Many shall die by My wrath" … "They will die painful deaths through My wrath" … "I shall round them up and place them into

Hell Myself for they are wicked sinners who shall suffer My wrath!" … and "Expect them to be rounded up and cast into Hell for extorting My people the American people", with the intent to make a threat, with the knowledge that the letter would be viewed as a threat, and with reckless disregard as to the substantial risk that others would regard the letter as a threat, in violation of Title 18, United States Title 18, United States Code, Section 876(c).

**SPECIAL FINDING**
**Hate Crime Motivation**
**(U.S.S.G. § 3A1.1(a))**

The defendant, **BRIAN CHARLES**, intentionally selected any victim as the object of the offense charged in Count 2 of the Indictment because of the actual and perceived religion of any person.

**COUNT 3**
**Mailing Threatening Communications**
**(18 U.S.C. § 876(c))**

From on or about June 30, 2026, to on or about July 9, 2026, in Palm Beach County, in the Southern District of Florida, the Western District of North Carolina, and elsewhere, the defendant,

**BRIAN CHARLES,**

did knowingly deposit in any post office and authorized depository for mail matter, to be sent and delivered by the United States Postal Service, and knowingly cause to be delivered by the Postal Service according to the directions thereon, a communication addressed to another person, that is, to Victim 4 in Palm Beach County, containing a threat to injure the person of the addressee and any other person, in that in a letter delivered by the Postal Service, the defendant included the following statements: "I am going to destroy My Jews. Many shall die by My wrath" … "They will die painful deaths through My wrath" … "I shall round them up and place them into Hell

Myself for they are wicked sinners who shall suffer My wrath!" … and "Expect them to be rounded up and cast into Hell for extorting My people the American people", with the intent to make a threat, with the knowledge that the letter would be viewed as a threat, and with reckless disregard as to the substantial risk that others would regard the letter as a threat, in violation of Title 18, Title 18, United States Code, Section 876(c).

**SPECIAL FINDING**
**Hate Crime Motivation**
**(U.S.S.G. § 3A1.1(a))**

The defendant, **BRIAN CHARLES**, intentionally selected any victim as the object of the offense charged in Count 3 of the Indictment because of the actual and perceived religion of any person.

**COUNT 4**
**Mailing Threatening Communications**
**(18 U.S.C. § 876(c))**

From on or about July 7, 2026, to in or around mid-July, 2026, in Palm Beach County, in the Southern District of Florida, the Western District of North Carolina, and elsewhere, the defendant,

**BRIAN CHARLES,**

did knowingly deposit in any post office and authorized depository for mail matter, to be sent and delivered by the Postal Service, and knowingly cause to be delivered by the United States Postal Service according to the directions thereon, a communication addressed to another person, that is, to Victim 5 and Victim 6 in Palm Beach County, containing a threat to injure the person of the addressee and any other person, in that in a letter delivered by the United States Postal Service, the defendant included the following statements: "I am going to destroy My Jews. Many shall die

by My wrath" … "They will die painful deaths through My wrath" … "I shall round them up and place them into Hell Myself for they are wicked sinners who shall suffer My wrath!" … and "Expect them to be rounded up and cast into Hell for extorting My people the American people", with the intent to make a threat, with the knowledge that the letter would be viewed as a threat, and with reckless disregard as to the substantial risk that others would regard the letter as a threat, Title 18, United States Code, Section 876(c).

**SPECIAL FINDING**
**Hate Crime Motivation**
**(U.S.S.G. § 3A1.1(a))**

The defendant, **BRIAN CHARLES**, intentionally selected any victim as the object of the offense charged in Count 4 of the Indictment because of the actual and perceived religion of any person.

A TRUE BILL

FORPERSON

FOR
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

EDWARD N. STAMM
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** | **CASE NO.** 26-CR-20411-ALTMAN/HERNANDEZ

**v.**

BRIAN CHARLES,

______________________________/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _______
Number of New Defendants _______
Total Number of New Counts _______

**Court Division** (select one)
☒ Miami ☐ Key West ☐ FTP
☐ FTL ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: ____________
4. This case will take 4 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| (Check only one) | | (Check only one) |
|---|---|---|
| I | ☒ 0 to 5 days | ☐ Petty |
| II | ☐ 6 to 10 days | ☐ Minor |
| III | ☐ 11 to 20 days | ☐ Misdemeanor |
| IV | ☐ 21 to 60 days | ☒ Felony |
| V | ☐ 61 days and over | |

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge ____________ Case No. ____________
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Edwin G. Torres Magistrate Case No. 26-MJ-03692-Torres
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge ____________ Case No. ____________
9. Defendant(s) in federal custody as of 9/15/2026
10. Defendant(s) in state custody as of ____________
11. Rule 20 from the ________ District of ____________
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No
17. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

By: ____________
Edward N. Stamm
Assistant United States Attorney
FL Bar No. 373826

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: BRIAN CHARLES

**Case No**: **26-CR-20411-ALTMAN/HERNANDEZ**

Count #: 1-4

Mailing Threatening Communications

18 U.S.C. § 876(c)

*** Max. Term of Imprisonment: 5 years**
*** Mandatory Min. Term of Imprisonment (if applicable): N/A**
*** Max. Supervised Release: 3 years**
*** Max. Fine: $250,000**
*** Special Assessment: $100**

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**