UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20411-CR-ALTMAN

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRIAN CHARLES,

Defendant.

_________________________________/

**AMENDED[1] UNOPPOSED MOTION TO CONTINUE TRIAL AND ASSOCIATED DEADLINES**

Brian Charles, through undersigned counsel, and unopposed by the government, respectfully moves for a 60-day continuance of the current trial date and a corresponding extension of the plea and pretrial motions deadlines. In support thereof, he states the following:

1. On October 6, 2026, Mr. Charles was arraigned on an indictment charging him with four counts of mailing threatening communications. (DE 7, 17).

2. Trial is currently scheduled for the two-week period beginning on November 16, 2026, with calendar call on November 10, 2026. (DE 23).

3. The government filed its first Response to the Standing Discovery Order on October 21, 2026 (DE 24), and its second on October 22, 2026 (DE 25).

---

[1] This amended motion includes a speedy trial waiver in accordance with the Court's Order (DE 27).

4. As of the filing of this motion, undersigned counsel and Mr. Charles, who is detained at FDC Miami, are in the process of reviewing the discovery materials.

5. Additional time is necessary to complete that review, conduct any necessary investigation, evaluate potential legal motions, and explore a possible resolution short of trial. Accordingly, Mr. Charles, through undersigned counsel, seeks a continuance in this matter.

6. This is the defense's first request for a continuance.

7. This request is made in good faith and not for purposes of unnecessary delay; it is in the interests of justice and would not interfere with the interest of Mr. Charles or the public in the speedy resolution of this matter.

8. Defense counsel has discussed with Mr. Charles his right to a speedy trial under 18 U.S.C. § 3161. Mr. Charles agrees to waive his speedy trial rights and agrees that the period of delay beginning from the date this Motion was filed until the date this Court sets this case for trial shall be deemed excludable time in accordance with 18 U.S.C. § 3161.

9. Undersigned counsel has conferred with Assistant United States Attorney Edward Stamm, who advised that the government has no opposition to the relief requested herein.

WHEREFORE, Mr. Charles respectfully requests that the Court continue trial by 60 days from the current date of trial and grant a corresponding extension of any plea and pretrial motions deadlines.

Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

By: */s/Eboni Blenman*
Eboni Blenman
Assistant Federal Public Defender
Special Bar No. A5502989
150 W. Flagler Street, Suite 1700
Miami, Florida 33130
Tel: 305-530-7000
E-Mail Address: eboni_blenman@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 6, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/Eboni Blenman*
Eboni Blenman